**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Interim Class Counsel*

**MITCHELL SILBERBERG & KNUPP LLP**
Jeffrey L. Richardson (State Bar No. 167274)
Seth E. Pierce (State Bar No. 186576)
Valentine A. Shalamitski (State Bar No. 236061)
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:    (310) 312-2000
Facsimile:    (310) 312-3100
E-mail:       jlr@msk.com
              sep@msk.com
              vas@msk.com

*Attorneys for Defendants Sensa Products, LLC and Alan R. Hirsch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SENSA WEIGHT LOSS SYSTEM LITIGATION | CASE NO. 11-CV-1650 YGR<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>ORDER GRANTING **STIPULATION FOR VOLUNTARY DISMISSAL [FRCP 41(a)(1)(A)(ii)]** |

STIPULATION FOR VOLUNTARY DISMISSAL
CASE NO. 11-CV-1650 YGR

6039488.1/44149-00000

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeannette McClendon
2  and Defendants Sensa Products, LLC and Alan R. Hirsch, through their respective counsel, hereby
3  stipulate to dismissal of the action in light of the conclusion of the *Correa* litigation. Each party
4  shall bear its own fees and costs.

5

Dated: April 17, 2014                                   Respectfully submitted,
6
                                                        **BURSOR & FISHER, P.A.**
7
                                                        By:   */s/ L. Timothy Fisher*
8                                                                 L. Timothy Fisher

9
                                                        L. Timothy Fisher (State Bar No. 191626)
10                                                      1990 North California Boulevard, Suite 940
                                                        Walnut Creek, CA 94596
11                                                      Telephone:  (925) 300-4455
                                                        Facsimile:  (925) 407-2700
12                                                      E-Mail: ltfisher@bursor.com

13
                                                        **BURSOR & FISHER, P.A.**
14                                                      Scott A. Bursor (State Bar No. 276006)
                                                        888 Seventh Avenue
15                                                      New York, NY 10019
                                                        Telephone:  (212) 989-9113
16                                                      Facsimile:  (212) 989-9163
                                                        E-Mail: scott@bursor.com
17

18                                                      **MILBERG LLP**
                                                        David E. Azar (State Bar No. 218319)
19                                                      300 South Grand Avenue, Suite 3900
                                                        Los Angeles, CA 90071
20                                                      Telephone:  (213) 617-1200
                                                        Facsimile:  (213) 617-1975
21                                                      E-Mail: dazar@milberg.com

22
                                                        **MILBERG LLP**
23                                                      Melissa Ryan Clark
                                                        One Pennsylvania Plaza, 49th Floor
24                                                      New York, NY 10119
                                                        Telephone:  (212) 594-5300
25                                                      Facsimile:   (212) 273-4388
                                                        E-Mail: mclark@milberg.com
26

27

28

|   |   |   |
|---|---|---|
| 1 | | **EDGAR LAW FIRM, LLC** |
| 2 | | John F. Edgar |
| | | 1032 Pennsylvania Avenue |
| 3 | | Kansas City, MO  64105 |
| 4 | | Telephone:  (816) 531-0033 |
| | | Facsimile:  (816) 531-3322 |
| 5 | | E-Mail:  jfe@edgarlawfirm.com |

**DESAI LAW FIRM, P.C.**
Aashish Y. Desai (State Bar No. 187394)
8001 Irvine Center Drive, Suite 1450
Irvine, CA 92618
Telephone:  (949) 842-8948
Facsimile:  (949) 271-4190
E-Mail:  aashish@desai-law.com

*Attorneys for Plaintiffs*

Dated: April 17, 2014                    Respectfully submitted,

**MITCHELL SILBERBERG & KNUPP LLP**

By:_____*/s/   Jeffrey L. Richardson*_____
            Jeffrey L. Richardson

Jeffrey L. Richardson (State Bar No. 167274)
Seth E. Pierce (State Bar No.  186576)
Valentine A. Shalamitski (State Bar No. 236061)
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:     (310) 312-2000
Facsimile:     (310) 312-3100
E-mail: jlr@msk.com
            sep@msk.com
            vas@msk.com

*Attorneys for Defendants Sensa Products, LLC and Alan R. Hirsch*

ORDER

Pursuant to the above stipulation, this action and related cases Mahboubian v. Sensa Products, LLC (11-cv-5516), Cordova v. Sensa Products, LLC (12-cv-1050), and Cruz v. Sensa Products, LLC (12-cv-1315) are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  April 21, 2014

                                                             YVONNE GONZALEZ ROGERS
                                                             U.S. DISTRICT COURT JUDGE